IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONYE CLINTON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3:17-cv-02981-S |
| DALLAS INDEPENDENT SCHOOL | § | |
| DISTRICT; ALAN E. MILES, | § | |
| INDIVIDUALLY, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING DEFENDANT ALAN E. MILES'S
MOTION TO DEEM MATTERS ADMITTED**

The Court, having considered Defendant Alan E. Miles's Motion to Deem Matters

Admitted and Brief in Support, and any supplements, responses, and replies, determines that the

motion should be, and is hereby, GRANTED.

It is, therefore, ORDERED that all requests for admissions included in Alan E. Miles's

First Requests for Admissions are deemed admitted.

SO ORDERED.

SIGNED this _____ day of _____, 2019.

_____
U.S. DISTRICT JUDGE